# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Andrew Schrode

                              Plaintiff,

v.                                                                Case No.: 1:21−cv−03159
                                                                        Honorable John F. Kness

Arizona Beverages USA LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 20, 2022:

      MINUTE entry before the Honorable John F. Kness: Defendant's Motion for leave to file excess pages [38] is granted. The Court sets the following briefing schedule on Defendant's motion to dismiss [36]: Plaintiff must respond on or before 2/17/2022 and Defendant must reply on or before 3/3/2022. Within one week of filing, each side must provide two paper courtesy copies of their respective briefs to chambers via U.S. Mail or reliable commercial delivery service. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.